## Proposed Report of Distribution

Case: 07-50348    BURDICK, PAUL A

Report Includes ONLY Claims with a Proposed Distribution


FILED 2010 FEB 24 PM 1:39
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Case Balance: | $1,711.01 | Total Proposed Payment: | $1,711.01 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE, TRUSTEE <2200-00 Trustee Expenses> | Admin Ch. 7 | 19.60 | 19.60 | 0.00 | 19.60 | 19.60 | 1,691.41 |
| | KATHRYN A. BELFANCE, TRUSTEE <2100-00 Trustee Compensation> | Admin Ch. 7 | 427.75 | 427.75 | 0.00 | 427.75 | 427.75 | 1,263.66 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 447.35 | 447.35 | 0.00 | 447.35 | 447.35 | |
| 1 | Discover Bank/Discover Financial Services  Claim Memo: REVIEWED CLAIM. | Unsecured | 12,015.05 | 12,015.05 | 0.00 | 12,015.05 | 610.97 | 652.69 |
| 2 | Palladium Books  Claim Memo: REVIEWED CLAIM. | Unsecured | 120.30 | 120.30 | 0.00 | 120.30 | 6.12 | 646.57 |
| 3 | BES of Ohio dba Medgroup  Claim Memo: REVIEWED CLAIM. | Unsecured | 50.00 | 50.00 | 0.00 | 50.00 | 2.54 | 644.03 |
| 4 | Time Warner Cable  Claim Memo: REVIEWED CLAIM. | Unsecured | 157.30 | 157.30 | 0.00 | 157.30 | 8.00 | 636.03 |
| 6 | Summa Health System  Claim Memo: REVIEWED CLAIM. | Unsecured | 1,700.00 | 1,700.00 | 0.00 | 1,700.00 | 86.44 | 549.59 |
| 7 | Home Savings Bank  Claim Memo: REVIEWED CLAIM. | Unsecured | 10,808.01 | 10,808.01 | 0.00 | 10,808.01 | 549.59 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 24,850.66 | 24,850.66 | 0.00 | 24,850.66 | 1,263.66 | |
| | **Total for Case 07-50348:** | | $25,298.01 | $25,298.01 | $0.00 | $25,298.01 | $1,711.01 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $447.35 | $447.35 | $0.00 | $447.35 | 100.000000% |
| Total Unsecured Claims: | $24,850.66 | $24,850.66 | $0.00 | $1,263.66 | 5.085016% |

*Ck #107*
*receipt # 81294*