IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 07-50348
) JUDGE SHEA-STONUM
PAUL A. BURDICK ) CHAPTER 7
)
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

PALLADIUM BOOKS $6.12
12455 UNIVERSAL DRIVE
TAYLOR, MI 48180-4077

ck # 108
receipt # 81342

2. Trustee's check for $6.12, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 12, 2010          /s/ KATHRYN A. BELFANCE
                              KATHRYN A. BELFANCE
                              TRUSTEE